Case: 3:19cv3399

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

Carolyn Covington

  Complainant

    V.

The Honorable Denis McDonough, Secretary,

Department of Veteran Affairs

Agency.

**Revised Motion**

**Motion to allow Plaintiff to add as exhibits (3) (1) Dorn VAMC Verification of Core Specific Competencies- Combined General Nursing Orientation Checklist tool the nursing education primary comprehensive orientation job evaluation checklist tool, (2) email sent to Boyd and Mustard and Manager, (3) copy of staff sign in sheets which was sent to Dr. Boyd and Ms. Mustard to Plaintiff evidence file since the defense chose not to do so and**

**Motion that the other judge that said age discrimination review the previous summary response and not Judge Hodges and provide a summary recommendations and I will**

**respond to those recommendations by the extended date requested.**

**I also motion for and extension so that I can respond to the other judges summary recommendations and the exhibits (3) nursing education evaluation tool, sign in sheets related to the proficiency evaluation and unfair nursing orientation.**

Plaintiff Dr. Carolyn Covington has an age discrimination and retaliation for EEOC case in the Columbia, SC course against the defendant The Department of Veterans Affairs. On 3/15/22, Judge Hodges knows the Plaintiff cannot afford a lawyer.   The Complainant motion to add the primary nursing education orientation checklist evaluation tool, the email and sign in sheets sent to Dr. Boyd and Ms. Mustard validating that the staff got the education in services which both Boyd and Mustard said they did not receive written in my first proficiency report to be used as evidence exhibits (3) in my case because this is the primary tool to evaluate job performance of nurse educators and the Defense did not include their own major primary evaluation tool during discovery.   The defensed only sent the court the basic 3 to 4 day nursing orientation tool presented to the court is used in the beginning of orientation and I passed it successfully. This 2 pager nursing orientation tool is not their primary comprehensive nursing education evaluation tool for job performance evaluation and proficiency rating.   The Plaintiff is requesting that the primary nursing evaluation tool, email letter with sign in sheets be added as exhibits because she show that Dr. Covington did indeed send by the sign in sheets to Dr. Boyd and Mustard and provided in-service education to the staff for a year to prepare for the inspection and the VA successfully passed the inspection. Dr. Boyd stated in the proficiency report that Plaintiff did not send them to her but the email letter states they were sent to Dr. Boyd and Ms. Mustard and is being used against the Plaintiff. Please add exhibits to case of Plaintiff Dr. Carolyn Covington vs Department of Veterans Affairs because this information is

justified and necessary in the proficiency evaluation and nursing professional board hearing recommendations. The VA uses this comprehensive nursing education evaluation tool to rate their nursing education staff performance and make recommendation for promotions with the proficiency.   The VA defense did not include this primary nursing education evaluation tool as an exhibit/evidence in this case and they should have. Did the defense also not did provide the primary evaluation tool, education sign in sheets to the nursing hearing board? The defense is using a 1 page letter represent the nursing board hearing results without evidence of who said what and what their job descriptions are because the plaintiff never saw anyone at the in-services except the staff.   The nurse manager showed up at the staff in-service about 3 times which is not enough time to evaluation anyone performance especially Kenyetta Morgan who was on sick leave for months during my tenure at the VA CLC and neither nurse manager Kenyetta Morgan nor Diane Gatling nor Linda Randel King never provided me with a nursing orientation to the Community Living Center where I work which is a specialized geriatric center for a year. My competencies were never assessed in the CLC by the nurse managers. Dr. Boyd also did not provide me we a fair nursing orientation as show in the nursing education evaluation tool Plaintiff will use as an exhibit with the email and sign in sheets.   Show that my nursing education was not fair, sporadic, I got yelled at a lot, not timely, treated differently compared to the young nurse educators and placed on my proficiency untrue information about Plaintiff education of the nursing staff.   As shown in the email sent to Boyd and Mustard and administration manager the staff was provided several in-service education opportunities on various topics and schedule time by Dr. Covington with prior approval by the nurse's managers on the five units.   Other young nurse educators on had 1 unit of 25 people to educate in the hospital, but Plant if had 5 units to train the staff in the Community Living Center for 3 shifts every day.

Plaintiff will never know who was at the nursing board hearings on 1/19/2018 because nursing administration claim they lost the nursing hearing board complete report and recommendations which the plaintiff made several request for including the EEOC Judge Edwards but Plaintiff never received Plaintiff hearing complete results the never commented to me or the judge on why they could not find the complete board hearing report.. Judge Hodges never request the nursing board hearing documents. The judge Hodges allow the defense to continue to place untrue information in their evidence file against the Plaintiff which is found in judge Hodges last statement to me in her summary recommendations on page five, second statement that Plaintiff did a procedure on a patient against their will and I told the defense and Judge Hodges that the nursing board threw this out during the hearing because this never happen. I show the nursing board the catheter, how it works and told them that the patient uses the catheter at home and the nursing needed to be train to use the catheter while he was in the nursing home and the patient agreed. So the board agreed that I was not violating patient privacy and safety and they dismissed it so it was not used against me at the hearing and it should not be mention in the court documents of the defense every again and it is still there. The Defense continue to use catheter it as evidence. There are also other things that I said to the judge was that nursing administration did not ever ever see me do my job because I worked in another building away from bldg. 22 but again Judge Hodges is not stating what I said about all the people that never saw me do my job. No one saw me do my job except the staff yet the defense continues to put in their evidence file that Ms. King, Boyd and Mustard and their other staff members saw me do my job but they did not but yet they removed me from my job, placed me in another job but I was not allow to performed the job even though I was in the class room with the white nurse educator and then King, Boyd and Mustard sent me to the nursing hearing board for termination without talking with me, allow me an opportunity to improve it they thought I did something

wrong and did not allow me to see the nursing board complete results so I need another judge to evaluate my case because judge Hodges is not listen to me but the defense.

**"Black Lives Matter"** and I need Justice and due process in my case. Plaintiff was using this tool with the preceptor Ms. Cynthia Rivers and she told Plaintiff to hold on to the primary job nursing education evaluation tool because it will show that Plaintiff did not have a fair nursing education orientation. I was not able to use Mrs. Rivers or The chair of the nursing hearing board during the discover process because they retire and not further information to contact them was available. Plaintiff nursing orientation based on the information on the primary job evaluation tool was unfair, not timely and I was not given the same nursing orientation compared to the new nurse educators. Plaintiff was not allow to get the required educational opportunities by participating in my interdisciplinary team meeting which is also part of my education process according to my first supervisor Mr. Karen. I was also denied educational opportunities on my CLC unit because the nurse managers did not do the required nursing education orientation to the CLC for nursing working in the Community Living Center (CLC) which is a specialized geriatric facility. I also motion to have the other judge that said I had an age discrimination case review my previous summary review documents and provide the summary review recommendation so that I can respond to them with an extension time to respond. I also motion to requesting an extension so that I can make my final comments once the nursing orientation tool is add/evaluated by the judge and extension and recommendations are given to me from the other judge. **"Black Lives Matter". Thank you.**

William H. Jordan

Assistant United States Attorney

1441 Main Street, Suite 500

5

Columbia, SC 29201

william.jordan@usdoj.gov

Respectfully Submitted,

Carolyn F. Covington, RN

Complainant

March 15, 2022

319:CV-03399-JFA-SVH                    3/15/22

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

CAROLYN FRANCES COVINGTON )                    Case No. 3:19-cv-03399-JFA-SVH

Plaintiff          )

)

V.               )

)

THE HONORABLE Denis Mcdonough )

SECRETARY OF DEPARTMENT OF   )

VETERANS AFFAIRS             )

Defendant          )

### CERTIFICATE OF SERVICE

I certify that on 3/15/22, the Complainant motion to add the Dorn VAMC Verification of Core Specific Competencies- Combined General Nursing orientation checklist tool, the email and sign in sheets be used as exhibits/evidence in Plaintiff case. I also motion to have the judge that said I had an age discrimination case review my previous summary review documents and I will comments based on the other judge recommendations. I am also motion to requesting an extension so that I can make my final comments once the nursing orientation tool is add and extension and recommendations are given to me from the other judge.

William H. Jordan

Assistant United States Attorney

1441 Main Street, Suite 500

Columbia, SC 29201

william.jordan@usdoj.gov

319:CV-03399-JFA-SVH                    3/15/22

Respectfully Submitted,

Carolyn F. Covington, RN

Complainant

March 15, 2022